CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAY 30 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD A. WALLACE, | ) | Civil Action No. 7:13-cv-00208 |
| Petitioner, | ) | Civil Action No. 7:13-cv-00218 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| STATE OF VIRGINIA, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that these actions are **DISMISSED without prejudice** for petitioner's failure to comply with the court's May 8, 2013, Order; all pending motions are **DENIED as moot**; and the actions are **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record.

ENTER: This 30th day of May, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge